# EXHIBIT A

{00749234.DOCX}
GORDON, MUIR AND FOLEY, LLP, Attorneys at Law, Hartford Square North, Ten Columbus Boulevard, Hartford, CT 06106-1976

Telephone (860) 525-5361                    Facsimile (860) 525-4849                    Juris No. 24029

## SUMMONS - CIVIL
JD-CV-1   Rev. 9-12
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

### STATE OF CONNECTICUT
### SUPERIOR COURT
www.jud.ct.gov

**See page 2 for instructions**

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 14 West River Street; Milford, CT 06460 | ( 203 ) 877-4293 | February 26, 2013 |

[X] Judicial District   [ ] Housing Session   G.A. Number:   At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)  **Milford**   Case type code (See list on page 2) Major: **T** Minor: **03**

### For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| D'Agosto & Howe, LLC; 1 Cots Street; Shelton, CT 06484 | 429818 |

Telephone number (with area code) ( 203 ) 712-0210   Signature of Plaintiff (If self-represented)

Number of Plaintiffs: 1   Number of Defendants: 2   [ ] Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Swiski, John E.  Address: 34 Seth Den Road  Oxford, CT 06478 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Target Corporation  Address: 1000 Nicollet Mall TPS-2672, Minneapolis, MN 55403  (Agent for Service: C T Corporation System; One Corporate Center, Hartford, CT 06103-3220) | D-01 |
| Additional Defendant | Name: Target Stores, Inc.  Address: 1000 Nicollet Mall TPS-2672, Minneapolis, MN 55403  (Agent for Service: C T Corporation System; One Corporate Center, Hartford, CT 06103-3220) | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

### Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court [ ] Assistant Clerk | Name of Person Signing at Left Steven G. Howe | Date signed 01/15/2013 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only   File Date

I certify I have read and understand the above:   Signed (Self-Represented Plaintiff)   Date

Name and address of person recognized to prosecute in the amount of $250
Gina M. Ferranti; 1 Cots Street; Shelton, CT 06484

| Signed (Official taking recognizance; "X" proper box) | [X] Commissioner of the Superior Court [ ] Assistant Clerk | Date 01/15/2013 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

RETURN DATE: FEBRUARY 26, 2013        :        SUPERIOR COURT

JOHN E. SWISKI                        :        J.D. OF ANSONIA-MILFORD

VS.                                   :        AT MILFORD

TARGET CORPORATION,                   :        JANUARY 15, 2013
TARGET STORES, INC.

## COMPLAINT

1.      At all times relevant hereto, the plaintiff, John E. Swiski, resided at 34 Seth Den Road in the Town of Oxford and State of Connecticut.

2.      At all times relevant hereto, the defendants, Target Corporation and Target Stores, Inc., foreign corporations authorized to transact business with the State of Connecticut, by themselves or through their agents, employees, servants or independent contractors owned, operated, managed, controlled, possessed, and maintained the premises located at 25 Boston Post Road, in the Town of Orange and in the State of Connecticut, hereinafter referred to as "the premises."

3.      At all times relevant hereto, the defendants by themselves or through their agents, employees, servants or independent contractors operated, managed, controlled and maintained the premises as a retail store; and thereby sought, requested, invited and permitted others to enter said premises to purchase goods therein.

4.      On January 18, 2011, the plaintiff, John E. Swiski, was lawfully within said

'AGOSTO & HOWE, LLC
1 Cots Street
Shelton, Connecticut 06484
(203) 712-0210
Fax (203) 922-9911

premises at the request and/or invitation of the defendants.

5.      On said date, while the plaintiff was in the rear of the premises, the interior lights suddenly and unexpectedly went out.  No emergency lighting engaged.

6.      After a period of time, while the interior lights remained out, the defendants, through their agents, employees, servants or independent contractors, instructed all patrons within the premises to move in the darkness toward the front of the store.

7.      As the plaintiff was walking in the darkness toward the front of the store in compliance with the defendants' directive, he was suddenly and unexpectedly caused to fall to the floor when a piece of merchandise that was protruding from the shelf into the walking area of the aisle struck the plaintiff's lower extremity.

8.      The aforementioned fall was proximately caused by the carelessness and negligence of the defendants in one or more of the following ways:

   a.      In that they failed to timely remedy the interior lighting when they knew or should have know of the danger that it presented to invitees, including the plaintiff, on the premises;

   b.      In that they failed to warn the plaintiff about the dangerous conditions within the premises;

   c.      In that they failed to reasonably inspect the premises to ensure that the premises were reasonably safe for its intended use;

J'AGOSTO & HOWE, LLC
1 Cots Street
Shelton, Connecticut 06484
(203) 712-0210
Fax (203) 922-9911

d.      In that they directed the patrons within the premises, including the plaintiff, to move to the front of the premises in the darkness when they knew or should have known that said premises were not in a reasonably safe condition to do so;

e.      In that they failed to provide reasonably safe premises for the plaintiff.

9.      As a result of the aforesaid carelessness and negligence, the plaintiff, John E. Swiski, sustained the following serious injuries, some or all of which may be permanent in nature:

a.   Bilateral knee pain and discomfort;

b.   Lt knee medial meniscal tear, necessitating surgery;

c.   Bilateral shoulder pain and discomfort;

d.   Neck pain and spasms;

e.   Back pain;

f.   Temporomandibular joint disorder and jaw pain;

g.   Ear pain and discomfort;

h.   Headaches;

i.   Sleep disturbance;

j.   Mental anguish;

k.   Pain and suffering.

10.      As a further result thereof, the plaintiff became obligated to incur expenses

D'AGOSTO & HOWE, LLC
1 Cots Street
Shelton, Connecticut 06484
(203) 712-0210
Fax (203) 922-9911

for medical treatment, including diagnosis and medication, all to the plaintiff's great financial loss and may in the future be obligated to incur the same.

11.     As a further result thereof, the plaintiff was unable to participate in normal activities and will in the future be unable to participate in many of such activities, all to the plaintiff's detriment and loss of enjoyment of life.

**WHEREFORE, THE PLAINTIFF CLAIMS:**

1. Monetary Damages; and

2. Any other legal or equitable relief that the Court may deem justified.

THE PLAINTIFF
John E. Swiski

BY:_____
Steven G. Howe
D'Agosto & Howe, LLC
1 Cots Street
Shelton, CT  06484
Juris # 429818
Tel. # (203) 712-0210

RETURN DATE: FEBRUARY 26, 2013   :   SUPERIOR COURT

JOHN E. SWISKI   :   J.D. OF ANSONIA-MILFORD

VS.   :   AT MILFORD

TARGET CORPORATION,   :   JANUARY 15, 2013
TARGET STORES, INC.

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is in excess of FIFTEEN THOUSAND DOLLARS

($15,000.00), exclusive of interest and costs.


THE PLAINTIFF
John E. Swiski


BY: _____
Steven G. Howe
D'Agosto & Howe, LLC
1 Cots Street
Shelton, CT 06484
Juris # 429818
Tel. # (203) 712-0210

STATE OF CONNECTICUT}
                                } SS: HARTFORD,   JANUARY 17, 2013
COUNTY OF HARTFORD   }

    Then and by virtue hereof on the 17th day of January, 2013, I made due and legal service on the within named Defendant, **TARGET CORPORATION,** by leaving a verified true and attested copy of the within original **Writ, Summons, Complaint and Statement Of Amount In Demand,** with and in the hands of Gary Scappini, Manager of CT Corporation System, Agent For Service for said Defendant, at One Corporate Center, 14th Floor, 20 Church Street, in the City of Hartford.

    Afterwards on the 18th day of January, 2013, I made due and legal service on the within named Defendant, **TARGET STORES, INC.,** by depositing at the Post Office in Hartford, postage paid and certified, return receipt requested, a verified true and attested copy of the within original, **Writ, Summons, Complaint and Statement Of Amount In Demand,** with my doings thereon endorsed, addressed to the within named Defendant, **Target Stores Inc.,** C/o The Secretary, 1000 Nicollet Mall, TPS-2672, Minneapolis, MN 55403. (C.G.S. 33-929)

    The within is the original **Writ, Summons, Complaint and Statement Of Amount In Demand,** with my doings hereon endorsed.

FEES:                                                   ATTEST:

Pages          $ 12.00
Endorsements      2.80                    _____
Service          60.00                    JOSEPH MUSUMECI
Travel           11.10                    STATE MARSHAL
Postage           5.95                    HARTFORD COUNTY

Total          $ 91.85